**No. 59890.**—Air Express Int'l Agency, Inc. *v.* United States, protest 260735–K (New York).

423

Opinion by JOHNSON, J.   It was stipulated that if the statement of the American manufacturer had been filed prior to the liquidation of the entry or the expiration of the collector's review period under section 515, the certificate of exportation would have been waived and the entry liquidated free of duty as American goods returned.   In accordance with stipulation of counsel and following Abstract 47521, the claim of the plaintiff was sustained.